**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 21-10292 |
| WHO DAT?, INC, | § § | CHAPTER 11 – SUB V |
| DEBTOR. | § § § | SECTION A |

**MEMORANDUM OPINION AND ORDER[1]**

# FILED UNDER SEAL

---

[1] This sealed memorandum opinion and order has been placed in the sealed cabinet and a copy will be provided to the parties permitted to receive it.